UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS JANIK,

                Plaintiff,

- against -

MEDIAPOST COMMUNICATIONS, INC.

                Defendant.

Docket No. _____

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Francis Janik ("Janik" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant MediaPost Communications, Inc. ("MediaPost" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act and for the removal and/or alteration of copyright management information under Section 1202(b) of the Digital Millennium Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of Bob Guccione, Jr. owned and registered by Janik, a Vermont based photojournalist. Accordingly, Janik seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or are doing business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Janik is a professional photojournalist in the business of licensing her photographs to online, print, and television stations for a fee, having a usual place of business at 501 Melis Road, Jamaica, Vermont, 05343. Janik's photographs have appeared in many publications around the United States.

6. Upon information and belief, MediaPost is a corporation duly organized and existing under the laws of the State of New York, with a place of business at 15 East 32nd Street, 7th Fl., New York, New York, 10016. At all times material hereto, MediaPost has owned and operated a website at the URL: www.mediapost.com (the "Website").

## STATEMENT OF FACTS

**A.  Background and Plaintiff's Ownership of the Photograph**

7. In the 1980's, Janik photographed Bob Guccione, Jr. (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Janik is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was given pending United States Copyright Registration Number 1-2963387455. See Exhibit B.

**B.  Defendant's Infringing Activities**

10. Upon information and belief, on July 4, 2015, MediaPost ran an article on the Website entitled *The Return of the Prodigal Editor: Guccione Takes Another SPIN*. See

http://www.mediapost.com/publications/article/253265/the-return-of-the-prodigal-editor-guccione-takes.html.  The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit C.

11.  MediaPost did not license the Photograph from Plaintiff for its article, nor did MediaPost have Plaintiff's permission or consent to publish the Photograph on its Website.

### FIRST CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST MEDIAPOST)
### (17 U.S.C. §§ 106, 501)

12.  Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13.  MediaPost infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. MediaPost is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14.  The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.  Upon information and belief, the foregoing acts of infringement by MediaPost have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.  As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages. Plaintiff has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF
## INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST MEDIAPOST
## (17 U.S.C. § 1202)

18. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-17 above.

19. The conduct of MediaPost violates 17 U.S.C. § 1202(b).

20. Upon information and belief, MediaPost's falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

21. Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by MediaPost intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyrights in the Photograph. MediaPost also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyrights in the Photograph.

22. As a result of the wrongful conduct of MediaPost as alleged herein, Plaintiff is entitled to recover from MediaPost the damages, that he sustained and will sustain, and any gains, profits and advantages obtained by MediaPost because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

23. Alternatively, Plaintiff may elect to recover from MediaPost statutory damages pursuant to 17 U.S.C. § 1203(c)(3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 505;

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant MediaPost be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. The Defendant MediaPost be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph.

4. That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

7.	That Plaintiff be awarded pre-judgment interest; and

8.	Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       July 21, 2016

                                LIEBOWITZ LAW FIRM, PLLC

                                By: /s/Richard Liebowitz
                                     Richard P. Liebowitz
                                11 Sunrise Plaza, Suite 301
                                Valley Stream, NY 11580
                                Tel: (516) 233-1660
                                RL@LiebowitzLawFirm.com

                                *Attorney for Plaintiff Francis Janik*