**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - -- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                    :
FRANCIS JANIK                                                :
                                                                    :
                        *Plaintiff,*                        : Index No. 16-cv-05872-(ALC)
                                                                    :
                                                            : ECF Case
            vs.                                                     :
                                                            :**PROPOSED DEFAULT**
                                                            :**JUDGEMENT**
                                                                    :
                                                                    :
MEDIAPOST COMMUNICATIONS, INC                               :
                                                                    :
                        *Defendant.*                        :
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ANDREW L. CARTER, United States District Judge:


        Plaintiffs filed the Complaint in this action on July 21, 2016. On July 22, 2016, the

Defendant was served a Summons, Civil Cover Sheet and Complaint at its place of business.

Pursuant to Fed. R. Civ. P. an answer or a response was due on August 12, 2016.  On October

14, 2016 the Plaintiff's request for a Certificate of Default from the Court Clerk was granted.  On

December 23, 2016 Plaintiff followed by a Motion for Default Judgment.  The Defendant,

having failed to timely appear and defend itself against the allegations contained in the

Complaint is hereby:

        ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; it is

        FURTHER ORDERED that the Defendant violated Section 501 et al of the Copyright Act;

it is

        FURTHER ORDERED that Defendant shall pay $20,000 in civil penalties for copyright

infringement; it is

FURTHER ORDERED that Defendant shall pay $25,000 in civil penalties for violating the integrity of copyright management information; it is

FURTHER ORDERED that Defendant shall pay $9,525 in Plaintiff's attorney's fees and costs; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

SO ORDERED.

Dated:      January ___, 2017
            New York, NY
                                            _____
                                            Andrew L. Carter
                                            United States District Judge