```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10|14|16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Francis Janik     **Plaintiff(s),**

- against -

MediaPost
Communications, Inc.   **Defendant(s),**
------------------------------------------------------------X

16 _____ Civ. 5872 _____ ( alc )

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on ~~June~~ July 21, 2016 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) MediaPost Communications, Inc. at their place of business located at 15 East 32nd Street, NY, NY 10016 by personally serving _____, and proof of service was therefore filed on October 7, 2016, Doc. #(s) 5.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

October 14, 20 16

RUBY J. KRAJICK
Clerk of Court

By: _____Kmango_____
Deputy Clerk