## CERTIFICATE OF SERVICE

I herby certify that on December 23, 2016, a copy of the foregoing motion for default judgment, proposed default judgment, copies of all the pleadings, a copy of the affidavit of service of the original summons and complaint, the Certificate of Default from the Clerk of the Court, and the attorney affidavit of default judgment was served by Certified US Mail to the Defendant at there last known address below.

**MediaPost Communications, Inc.**
**1460 Broadway**
**New York, New York 10036**

/s/Richard Liebowitz
Richard Liebowitz