UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _12-27-16_

FRANCIS JANIK,

                **Plaintiff,**

-against-

MEDIAPOST COMMUNICATIONS, INC.,

                **Defendant.**

16-cv-05872 (ALC)

**ORDER TO SHOW CAUSE**

**ANDREW L. CARTER, JR., United States District Judge:**

    On July 21, 2016, Plaintiff Francis Janik filed a complaint against MediaPost Communications, Inc. ("MediaPost"). ECF No. 1. On October 14, 2016, the Clerk of the Court entered a Certificate of Default against MediaPost as a result of its failure to answer or otherwise respond to the Complaint brought against it. ECF No. 8. Having obtained the Clerk's Certificate of Default, Plaintiff filed a motion for default judgment against MediaPost on December 23, 2016. ECF No. 9.

    Accordingly, MediaPost is hereby ORDERED TO SHOW CAUSE why default judgment for failure to answer or otherwise respond to the Complaint should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure. Such showing shall be made in writing and filed on or before **January 27, 2017**. Any reply by Plaintiff will be due on or before **February 10, 2017**. Any failure by MediaPost to make this showing will result in the entry of default judgment against it.

    FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN DEFAULT JUDGMENT AGAINST DEFENDANT MEDIAPOST COMMUNICATIONS, INC.

Plaintiff is directed to serve a copy of this Order to Show Cause by certified mail on MediaPost on or before **January 3, 2017**, and must file proof of such service before the return date of this Order to Show Cause.

**SO ORDERED.**

Dated: December 27, 2016
      New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**