UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

FRAN JANIK,

                *Plaintiff*,    :   Index NO. 16-cv-5872 (ALC)

vs.

MEDIAPOST COMMUNICATIONS, INC.

                *Defendant.*

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case on behalf of Plaintiff Fran Janik. I certify that I am admitted to practice in, and a member of good standing of, this Court.

DATED: January 3, 2017         Respectfully Submitted,
       Valley Stream, NY

                                       /s/Yekaterina Tsyvkin (YT1234)
                                       Yekaterina Tsyvkin
                                       Liebowitz Law Firm
                                       11 Sunrise Plaza, Suite 305
                                       Valley Stream, NY 11580
                                       (516)233-1660
                                       kt@liebowitzlawfirm.com
                                       *Attorneys for Plaintiff Janik*