UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK    Attorney: LIEBOWITZ LAW FIRM, PLLC - 2484

---

FRANCIS JANIK

                                 Plaintiff(s)

- against -

MEDIAPOST COMMUNICATIONS, INC.

                                 Defendant(s)

Index #: 16-CV-5872

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 17, 2017 at 03:19 PM at

1460 BROADWAY
NEW YORK, NY10036

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET on MEDIAPOST COMMUNICATIONS, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to LAUREN SMITH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET as said defendant/respondent and knew said individual to be GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 30 | 5'5 | 140 |

PERSON SERVED/SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

---

Sworn to me on: July 17, 2017

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**ANDRE MEISEL**
License #: 1372356
Docket #: *1034847*