**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-- - - - - - -- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
FRANCIS JANIK,                                        :
                                                      :
                              *Plaintiff,*            : Index No. 17-cv-05872-ALC
                                                      :
            vs.                                       : ECF Case
                                                      :
MEDIAPOST COMMUNICATIONS, INC.                        :
                                                      :
                                                      :
                              *Defendants.*           :
-- - - - - - -- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## <u>REQUEST FOR ENTRY OF DEFAULT</u>

Plaintiff FRAN JANIK ("Plaintiff") respectfully requests that the Clerk of Court enter the default

of Defendant MEDIAPOST COMMUNICATIONS, INC. ("Defendant") pursuant to Rule 55(a)

of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more

particularly set forth in the annexed affidavit of Richard P. Liebowitz, Esq. (A Clerk's Certificate

is enclosed herewith.)


Dated: September 7, 2017
       Valley Stream, New York

                                        LIEBOWITZ LAW FIRM, PLLC

                                        By: /s/     Richard P. Liebowitz
                                               Richard P. Liebowitz

                                        Richard P. Liebowitz
                                        11 Sunrise Plaza, Suite 305
                                        Valley Stream, New York 11580
                                        Telephone: (516) 233-1660
                                        RL@LiebowitzLawFirm.com

                                        *Attorneys for Plaintiff Francis Janik*