UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FRAN JANIK,

                *Plaintiff*,

vs.

MEDIAPOST COMMUNICATIONS, INC.

                *Defendant.*
-------------------------------------------------------------x

Index No. 16-cv-05872-(ALC)

ECF Case

NOTICE OF MOTION FOR
DEFAULT JUDGMENT

## NOTICE OF MOTION

Pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b) Plaintiff Fran Janik hereby moves the Court for default judgment against Defendant MediaPost Communications, Inc. In furtherance of this motion for default judgment in accordance to 17 U.S.C. §501, et seq., Plaintiff requests actual damages in the amount of $10,000.

Pursuant to Your Honor's Individual Practice Rules Attachment A, this motion is supported by an attorney's affidavit, a proposed default judgment order, copies of pleadings, a copy of the affidavit of service of the First Amended Complaint, a copy of Certificate of Default from the Clerk of Court, a certificate of service, and a memorandum.

Dated: Valley Stream, New York
       October 25, 2016

LIEBOWITZ LAW FIRM, PLLC

By:   /s/Yekaterina Tsyvkin

      Yekaterina Tsyvkin

Richard P. Liebowitz
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660

RL@LiebowitzLawFirm.com

*Attorney for Fran Janik*