**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------x
                                         :
FRAN JANIK                               :
                                         :
            *Plaintiff*,      : Index No. 16-cv-05872-(ALC)
                                         :
                                         : ECF Case
vs.                                      :
                                         :**PROPOSED DEFAULT**
                                         :**JUDGEMENT**
                                         :
                                         :
MEDIAPOST COMMUNICATIONS, INC            :
                                         :
            *Defendant.*     :
-----------------------------------------x

ANDREW L. CARTER, United States District Judge:

      Plaintiff filed the First Amended Complaint in this action on July 17, 2017. On July 17, 2017, the Defendant was served a Summons, Civil Cover Sheet and First Amended Complaint at its place of business.  Pursuant to Fed. R. Civ. P. an answer or a response was due on August 7, 2017.  On September 12, 2017 the Plaintiff's request for a Certificate of Default from the Court Clerk was granted.  On October 25, 2017 Plaintiff followed by a Motion for Default Judgment.  The Defendant, having failed to timely appear and defend itself against the allegations contained in the Complaint is hereby:

      ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; it is

      FURTHER ORDERED that the Defendant violated Section 501 et al of the Copyright Act; it is

      FURTHER ORDERED that Defendant shall pay $10,000 in civil penalties for copyright infringement; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

SO ORDERED.

Dated:    October ___, 2017
         New York, NY

                                                                                                                                                 _____
                                                                                                                                Andrew L. Carter
                                                                                                                                United States District Judge