# EXHIBIT A

Case 1:16-cv-05872-ALC Document 134-1 Filed 07/31/17 Page 2 of 2

