UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Francis Janik

                              Plaintiff(s),

- against -

MediaPost Communications, Inc.

                              Defendant(s),
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/17
```

16 _____ Civ. 05872 _____ alc ( )

**CLERK'S CERTIFICATE
OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 21, 2016 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) MediaPost Communications, Inc. by personally serving the first amended complaint on Lauren Smith authorized to accept, and proof of service was therefore filed on September 7, 2017, Doc. #(s) 14.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
       September 12, 2017

                                                    RUBY J. KRAJICK
                                                    Clerk of Court

                                   By: _____
                                              Deputy Clerk

SDNY Web 3/2015