```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC#: _____
                                                    DATE FILED: 11-27-17
```

FRANCIS JANIK,

          Plaintiff,

-against-

MEDIAPOST COMMUNICATIONS, INC.,

          Defendant.

16-cv-05872 (ALC)

ORDER TO SHOW CAUSE

**ANDREW L. CARTER, JR., United States District Judge:**

On July 21, 2016, Plaintiff Francis Janik filed a complaint against MediaPost Communications, Inc. ("MediaPost"). ECF No. 1. On October 14, 2016, the Clerk of the Court entered a Certificate of Default against MediaPost as a result of its failure to answer or otherwise respond to the Complaint brought against it. ECF No. 8. Having obtained the Clerk's Certificate of Default, Plaintiff filed a motion for default judgment against MediaPost on December 23, 2016. ECF No. 9. The Court then ordered MediaPost to show cause by January 27, 2017 why default judgment should not be entered against it pursuant to Rule 55 of the Federal Rules of Civil Procedure. ECF No. 10. The Court clearly warned MediaPost that its failure to comply with the Court's Order to Show Cause would result in a default judgment against it. Defendant did not respond.

On June 26, 2017, this Court denied Plaintiff's motion for a default judgment because Plaintiff did not demonstrate that he registered the copyright in accordance with the Copyright Act, as required for a copyright infringement claim and because Plaintiff's allegations were insufficient to establish MediaPost's liability under the Digital Millennium Copyright Act ("DMCA"). ECF No. 12. The Court granted leave for Plaintiff to file an Amended Complaint on or before July 17, 2017. *Id.*

On July 17, 2017, Plaintiff filed an Amended Complaint under the Copyright Act. ECF No. 13. On September 12, 2017, the Clerk of the Court entered a Certificate of Default as to MediaPost as a result of MediaPost's failure to answer or otherwise respond to the Amended Complaint. ECF No. 17. On October 31, 2017, Plaintiff filed a motion and memorandum of law in support of its motion for default judgment. ECF Nos. 18, 19.

Accordingly, MediaPost is hereby ORDERED TO SHOW CAUSE why default judgment for failure to answer or otherwise respond to the Complaint should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure. Such showing shall be made in writing and filed on or before **December 27, 2017**. Any reply by Plaintiff will be due on or before **January 10, 2018**. Any failure by MediaPost to make this showing will result in the entry of default judgment against it.

FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN DEFAULT JUDGMENT AGAINST DEFENDANT MEDIAPOST COMMUNICATIONS, INC.

Plaintiff is directed to serve a copy of this Order to Show Cause by certified mail on MediaPost on or before **December 4, 2017**, and must file proof of such service before the return date of this Order to Show Cause.

**SO ORDERED.**

Dated: November 27, 2017
New York, New York

  **ANDREW L. CARTER, JR.**
  **United States District Judge**