UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

FRANCIS JANIK

                *Plaintiff,*     : Index No. 16-cv-5872-ALC

    vs.     : ECF Case

MEDIAPOST COMMUNICATIONS, INC.     : **AFFIDAVIT OF SEVICE**

                *Defendant.*
-------------------------------------------------------------x

STATE OF NEW YORK   )
                        )   SS.:
COUNTY OF NASSAU   )

    <u>RICHARD P. LIEBOWITZ</u>, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and a principal at the firm of Liebowitz Law Firm PLLC, attorneys for Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. I submit this affidavit that on November 29, 2018, that I served a copy of the order to show cause (Docket Number 20) on Defendant MediaPost Communications, Inc. by certified mail at their address 1460 Broadway, New York, New York 10036.

3. Attached to this affidavit please find the certified mail receipt.

DATED:     November 29, 2017
               Valley Stream, NY

                                                          Respectfully Submitted,

                                                          /s/Richard P. Liebowitz
                                                          Richard P. Liebowitz
                                                          Liebowitz Law Firm PLLC
                                                          11 Sunrise Plaza, Suite 301

Valley Stream, NY 11580
Tel. (516) 233-1660

RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Francis Janik*