UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIS JANIK<br><br>Plaintiff,<br><br>v.<br><br>MEDIAPOST COMMUNICATIONS, INC.<br><br>Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 1:16-cv-5872-ALC** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Francis Janik hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

*Richard Liebowitz*
_____
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: *2/4/2018*

*Attorneys for Plaintiff Francis Janik*